# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>WILLY ALEXANDER KORTHALS<br>*Defendant(s)* | )<br>)<br>)   Case No.  5:23-mj-00066<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   June 26, 2023   in the city of   Winchester   in the
Western   District of   Virginia   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1470 | Attempted transportation of obscene matter to a minor |

This criminal complaint is based on these facts:
Please see attached Affidavit.

☑ Continued on the attached sheet.

/s/Melissa A. Macaron
*Complainant's signature*

Melissa A. Macaron, Special Agent, FBI
*Printed name and title*

Received by reliable electronic means and sworn and attested to by telephone.

Date:  8/30/23

*Judge's signature*

City and state:   Charlottesville, VA   Joel C. Hoppe, United States Magistrate Judge
*Printed name and title*