Honorable Elizabeth K. Dillon
United States District Court
Harrisburg, Virginia


Dear Judge Dillion

I am writing to you today on behalf of my son Willy Alexander Korthals. Willy is my son and I have known him all his life. I gave birth to him alone because his biological father wanted nothing to do with him. When Willy was six months old, I met my husband, Rodney Hampton. Rodney has always treated Willy as his own and we raised him together along with two younger brothers.

I know that Willy is charged with a serious offense, but I would like to give you some additional information about Willy for your consideration. Willy is a vital part of our family. Willy is an excellent son, brother, father, and husband. He has always been someone whom others look up to. As a big brother Willy loved helping out with his youngest brother Daniel. Willy loved to play with Legos with Daniel and always encouraged Daniel to be creative. Willy got his first job at McDonalds when he was in high school. He often took Daniel there for lunch or possibly just an ice cream cone.

Willy is a very thoughtful and caring person. When there was a special occasion such as Mother's Day, Willy would always send me flowers that were pink because he knew that was my favorite color. Willy is also a very hard worker and provider for his wife Makenna and child Pearson. He didn't want his family to struggle and want things which they could not afford. When Willy first met his wife, he was working for The United States Marine Corps. He entered into the Marines when he was still in high school because he wanted to defend our country. He spent 10 years in the Marines having duty stations in Japan, California, and lastly North Carolina. After the marines Willy worked two jobs to support his family. I feel that he will become that hard worker again once he is released from jail.

Willy has apologized to us, his family, for these actions he has committed. I believe that this will be a completely isolated thing which he has done. Willy has begged for forgiveness. He has told us that he has learned his lesson and will never do anything against the law again. Willy has suffered a great deal of shame and embarrassment for his actions. He was removed from his church and shunned by all of his relatives in North Carolina. Willy really misses his wife and son whom he has not seen or held since all of this happened. He has expressed great remorse and just wants to return to society and work very hard on rebuilding his life.

                Thank you for your time and consideration.
                Sincerely  Jennifer Hampton

**From:** Karen K. ▮
**Sent:** Wednesday, June 12, 2024 7:44:45 AM
**To:** Abigail_Thibeault@fd.org <Abigail_Thibeault@fd.org>
**Subject:** Wily Korthals

EXTERNAL SENDER

To the honorable Judge Elizabeth K. Dillon,

I am writing to you today about my friend, Wily Korthals.  I was privileged to be his pastor's wife while he attended our church, Faith Church of the Nazarene, in Bay City, MI.  Even while Wily was away in the service, we felt like he was still with us because of his parents, Rodney & Jennifer Hampton, who have attended our church for many years.  The Hampton's faithfully kept us up to date with everything happening in Wily's life.

Wily has always been a very gentle, kind, and caring person.  What has happened to Wily concerning his charge is like we are talking about a person that I do not know.  This behavior is so totally out of character for Wily and I feel he has learned a lesson that compares to no other.  The time Wily has already served, along with being separated from his wife and child has to be unbearable for him, not to mention what it will take to repair all harm that has been done.  I assure you that Wily has learned a very painful lesson that he will carry for the rest of his life.

Everything I believe in my walk with Christ is "forgiveness."  My husband, Pastor Kingsbury & I, have forgiven Wily in our own hearts and minds and feel certain that Wily would love to go back in time avoiding all that has happened because of the choice he made.  I believe his heart is truly broken and all he wants is to have another chance at life to prove to his self and his family that he truly has learned his lesson and is ready to live a good, clean & happy life from here on out.  Wily is more than ready to begin a new page in his life and I am praying for the court to see that Wily is a very good man that has suffered deeply over the results that his offense has caused everyone involved.

I am very proud to know Wily Korthals.  I am proud that he chose to serve our country.  I personally want to see Wily free and able to contribute in making our country a better place to be.  I believe Willy has much to add to all of our lives.  I can't wait till the day I can see him walk through our church doors again and give that guy a great big hug!  We love Wily and miss him.

Sincerely,

Karen J. Kingsbury




Sent from Mail for Windows

**Subject:**          Wily Korthals

**From:** Karen K. ███████
**Sent:** Saturday, June 15, 2024 12:07:00 AM
**To:** Abigail Thibeault <Abigail_Thibeault@fd.org>
**Subject:** Wily Korthals

EXTERNAL SENDER

A LETTER FROM REV. DWIGHT KINGSBURY:

I am Dwight W. Kingsbury, pastor of Faith Church of the Nazarene, in Bay City, MI.  My wife and I recently celebrated our 26th year as being pastor at this church.  I also happen to be Wily Kortha'ls pastor.  As I learned of the charge against Wily, I was moved with mixed emotions;-regret, sadness, & anger.  Not so much unbelief because I know man is capable of anything regardless of who we are, according to the Bible and plane ole' life.

I mentioned sadness because I've known Wily for years as a caring, loving, helpful and congenial young man that was a great son, hard worker, and one that joined the Marines and loves it as he serves his country with admiration.  This is all so out of character and make up for Wily.  He has been so remorse and repentant for his actions.  The pain he feels and of course still does due to his wife and her family not wanting to have anything to do with Wily.  What a burden he must carry because of a decision made that he would give anything to not have done.

As I stated, I don't undermine this offense in any way, however, I am praying for Wily to have another chance to prove to the world that he is truly sorry and has changed.  I truly do believe this is Wily Korthals.

Thank you, your Honor, for your time and consideration.

Rev. Dwight W. Kingsbury

Dear Judge Dillon

I am writing to you today in regards to my brother Willy Korthals. I have known Willy all my life and I would like to tell you a little about him. My brother Willy is a good man, a great brother, father and husband. In my younger years my brother was practically my best friend. We would play video games together, he would walk me to the park and overall we were the best of friends when I was younger. He used to take me to his work, and buy me lunch or ice-cream. My brother practically helped raise me.

When My brother joined the Service all of us were very proud of him and we supported him all throughout his service to the country. When he was in Okinawa he would call us once a week to tell us about his week or whatever was on his mind. I remember on Christmas one year he called us and we all opened presents together even though he was on the other side of the world. He has always been a family man and I believe this act he has confessed to is very out of character for him.I understand that my brother has confessed to a grave crime, but he has admitted that he is very sorry for it. I highly doubt that he will do it again.

Thank you for your time and consideration
Sincerely,
Daniel Hampton