April 19th, 2024

Honorable Elizabeth K. Dillon
Judge
United States District Court
Harrisonburg, Virgina

Dear Judge Dillion,

    I am writing this on behalf of Willy Alexander Korthals. Willy Is my brother and I have known him since I was born as we are a little over a year apart in age. Willy has always been a stronghold in our family, especially to myself and our younger brother. Whenever we need someone to talk to Willy is always there. No matter what time of day or night, if we needed him we know that he was just a phone call away and he would help us with the best of his abilities.



    I know that Willy is being charge with a serious offense, however I would like to express my opinion that I personally believe Willy is remorseful of his actions. Willy has always been one to help others in time of need, and I would like to tell you a story of one of these times. Willy and I were both still in high school, I believe it was back around 2015. Willy came up with the bright idea that we should go around the neighborhood and shovel our neighbors' driveways and sidewalks since we have a lot of elderly in the area. After we had gotten ready and set out to start, he stated that he didn't want to accept any money for shoveling anyone's property. Throughout the course of that morning, we shoveled out somewhere between 12-15 neighbors. Another example of Willy's exemplary character is he always sacrificed his time for those he loves. I can't begin to tell you how many times he went out of his way to ensure I was okay. Willy has always looked out for me and our younger brother. If it wasn't for Willy, leading by example in our teenage years, I don't think I would have half the compassion that I do for people today.

    Personally, I feel as even though he has committed a serious offense, I strongly believe that Willy is not as risk to be a repeat offender, and that he has learned his lesson. Willy is a loving, caring, and trustworthy individual.

In closing, I would like to express my gratitude for your consideration.

Sincerely,

Aaron Hampton
████████████████████████

Dear Judge Dillion

Hello, my name is Rodney Hampton, and I am writing this letter to you on behalf of my son Willy Korthals. Though I am not his biological father, I have been the only father he has ever known. I have been there since he was only about seven months old, if you had seen Willy with his son you would never believe that this could have happened. Willy is one of the best fathers I have ever seen, and loves his son with all his heart.

I know that the charges are serious against Willy, but I would like to tell you a little more about Willy. He is a fine young man, yes he made a mistake, but like everyone else Willy is not perfect. We all make mistakes, some worse than others. What ever you decide to sentence him to today, he understands what he did was wrong, and he will do it without complaint.

Willy is considerate, kind, caring, and loving. Willy also served our country with pride. He is a hard worker, and he has said he would like to get past this unfortunate part of his life. We are all willing to stand by his side and help him get back on track in whatever way he needs. Whether it is work, physical, mental, or spiritual. He has an entire church congregation willing to help.

[REDACTED] I feel as if I have failed him in this way, and wonder if I had found out maybe this would have not happened. I love my son with all my heart and will never give up on him, and I know in my heart that you will be both, just and fair, in your decision.

Thank you for your consideration, and God Bless.

Rodney Hampton