**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**
**CRIMINAL MINUTES – SENTENCING HEARING**

**Case No.: 5:24cr2** **Date: 6/24/2024**

**Defendant: Willy Alexander Korthals, Custody** **Counsel: Abigail Thibeault, FPD**

| PRESENT: | JUDGE: | Elizabeth K. Dillon |
|---|---|---|
| | TIME IN COURT: | 11:00a - 12:56p; 1h 56m |
| | Deputy Clerk: | K. Anglim |
| | Court Reporter: | Lisa Blair |
| | U. S. Attorney: | Melanie Smith |
| | USPO: | Jasmine Davis |
| | Case Agent: | Melissa Macaron, Zachary Hawkins |

**LIST OF WITNESSES**

| GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. Sonja Seeber | None |

**PROCEEDINGS:**

☒ Government presents evidence.
☒ Court adopts Presentence Report.
☒ Allocutions.

SENTENCE IMPOSED AS FOLLOWS:
CBOP: 60 months
SR: 3 years - comply w/Standard, Mandatory & Special Conditions.
☒ Mandatory drug testing suspended.
SA: $100 due immediately.
FINE: $250
☒ Court recommends as follows:
☒ That Defendant be designated to FCI Milan to be close to his family.

SPECIAL CONDITIONS OF SUPERVISION (Check applicable conditions):
1) Following release from imprisonment, the court will evaluate defendant's status and determine whether, after incarceration, drug rehabilitation and mental health treatment are necessary and appropriate. If additional rehabilitation is deemed appropriate, the defendant shall participate in a program as designated by the court, upon consultation with the probation officer, until such time as the defendant has satisfied all the requirements of the program.
2) The defendant shall reside in a residence free of firearms, ammunition, destructive devices, and dangerous weapons.
3) The defendant shall submit his person, property, house, residence, vehicle, papers, computers as defined in 18 U.S.C. § 1030(e)(1), other electronic communications or data storage devices or media, or office to searches conducted by a United States probation officer. Failure to submit to searches may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct searches pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his or her supervision and that the areas to be searched contain evidence of this violation.
4) The defendant shall abide by the sex offender conditions detailed in Part D of the presentence report with one change. The court declined to impose conditions 1, 6, 15, 18 and 19 as they appeared in the present report and modified condition 20.

PAYMENT SCHEDULE:
☒ A lump sum payment of $100 is due immediately, and during the term of imprisonment, payment in equal monthly installments of $25 or 25% of the defendant's income, whichever is less, to commence 60 days after the date of this judgment; and payment in equal monthly installments of $25 during the term of supervised release, to commence 60 days after release from imprisonment.

ADDITIONAL RULINGS:

- ☒ Order of Forfeiture shall be made a part of the judgment in this case.
- ☒ Defendant advised of right to appeal.
- ☒ Defendant remanded to custody.